[No. 5040.]
[No. 2603 C. A.]

THE BOARD OF COUNTY COMMISSIONERS OF LAS ANIMAS COUNTY v. THE PEOPLE EX REL. McPHERSON.

**Appellate Practice—Judicial Notice—Live Question.**

When the appellate court takes judicial notice that an election precinct has been established, a mandamus proceeding to compel the board of county commissioners to establish such precinct pending upon review in such court will be dismissed, there being no live question for determination.—P. 247.

*Error to the District Court of Las Animas County. Hon. Jesse M. Northcutt, Judge.*

An action for a writ of mandamus upon the relation of Frank McPherson against the Board of County Commissioners of Las Animas county. From a judgment granting the writ, the defendant brings error. *Dismissed.*

Mr. EVERETT BELL and Mr. A. P. ANDERSON, for plaintiff in error.

Mr. ROBERT BONYNGE, for defendant in error.

*Per Curiam,* Department 3:

A complaint was filed in the district court of Las Animas county reciting that a petition was filed with the board of county commissioners of said county praying for the establishment of an election precinct at Primero in said county, but that the county commissioners had refused to act; and praying for a writ of mandamus commanding the commissioners to establish an election precinct at said Primero. A demurrer to the complaint was filed, and was overruled, and judgment entered granting the writ. The board of commissioners took the case to the court of appeals by writ of error.

We shall take judicial notice of the fact that there has been a precinct established at Primero in said county. It is not material whether the precinct was established upon proper petition or by virtue of authority so to do under the statute.

There being no live question for us to determine, the cause should be dismissed.                *Dismissed.*